```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 11016
    JAMES F DEMOSS
    JOY WILLIS DEMOSS                         CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0356     SSN XXX-XX-9505

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 09/05/2006 and was confirmed 11/08/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 08/13/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC    2074.00         40.60       2074.00
AAA CHECKMATE LLC         UNSECURED         717.47           .00           .00
BROTHER LOAN & FINANCE    UNSECURED        1214.81           .00           .00
NATIONWIDE ACCEPTANCE CO  SECURED NOT I    1390.27           .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED            .00           .00           .00
PRONGER SMITH MEDICAL AS  UNSECURED         833.80           .00           .00
ILLINOIS LENDING PAY COR  UNSECURED        1148.48           .00           .00
CITY OF CHICAGO PARKING   UNSECURED         180.00           .00           .00
SAXON MORTGAGE            CURRENT MORTG        .00           .00           .00
SAXON MORTGAGE            MORTGAGE ARRE    7948.79           .00       2475.54
CITY OF CHICAGO WATER DE  SECURED           476.00           .00        135.00
COOK COUNTY TREASURER     SECURED          1443.00           .00        630.00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC    1443.90         66.07       1443.90
LIGHTHOUSE FINANCIAL GRO  UNSECURED       NOT FILED          .00           .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED          .00           .00
ADT SECURITY SERVICES     NOTICE ONLY     NOT FILED          .00           .00
ADVOCATE MEDICAL GROUP    UNSECURED       NOT FILED          .00           .00
ADVOCATE MEDICAL GROUP    NOTICE ONLY     NOT FILED          .00           .00
ALLSTATE INDEMNITY COMP   UNSECURED       NOT FILED          .00           .00
ALLSTATE INDEMNITY COMP   NOTICE ONLY     NOT FILED          .00           .00
AMERICAN FAMILY INSURANC  UNSECURED       NOT FILED          .00           .00
AMERICAN FAMILY INSURANC  NOTICE ONLY     NOT FILED          .00           .00
AMERICASH LOANS LLC       UNSECURED            .00           .00           .00
ARGENT II                 UNSECURED       NOT FILED          .00           .00
ASSOCIATES UROLOGICAL SP  UNSECURED       NOT FILED          .00           .00
UNIVERSITY HEAD & NECK A  UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED        8561.68           .00           .00
BENEFICIAL ILLINOIS INC   NOTICE ONLY     NOT FILED          .00           .00
PD RECOVERY               UNSECURED       NOT FILED          .00           .00
BORROW CASH NOW           NOTICE ONLY     NOT FILED          .00           .00
CAL PARK MEDICAL CENTER   UNSECURED       NOT FILED          .00           .00
CAPITAL ONE               UNSECURED       NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11016 JAMES F DEMOSS & JOY WILLIS DEMOSS
```

```
CHECK N GO                   UNSECURED        NOT FILED              .00              .00
CITIFINANCIAL                UNSECURED        NOT FILED              .00              .00
CITY OF CHICAGO BUREAU P     NOTICE ONLY      NOT FILED              .00              .00
COMMONWEALTH EDISON          UNSECURED        NOT FILED              .00              .00
COMMUNITY AMERICA CREDIT     UNSECURED        NOT FILED              .00              .00
CORPORATE AMERICA FEDERA     FILED LATE        1502.52               .00              .00
EVERGREEN EMERGENCY SERV     UNSECURED        NOT FILED              .00              .00
EVERGREEN EMERGENCY SERV     NOTICE ONLY      NOT FILED              .00              .00
FOUR SEASON HEATING & AI     UNSECURED        NOT FILED              .00              .00
FOUR SEASON HEATING & AI     NOTICE ONLY      NOT FILED              .00              .00
GREGORY EMERGENCY PHYSIC     UNSECURED        NOT FILED              .00              .00
ILLINOIS TITLE LOANS INC     UNSECURED        NOT FILED              .00              .00
ILLINOIS TITLE LOANS INC     NOTICE ONLY      NOT FILED              .00              .00
ILLINOIS INDIANA EM I ME     UNSECURED        NOT FILED              .00              .00
LITTLE CO MARY HOSPITAL      UNSECURED        NOT FILED              .00              .00
MARSHALL FIELDS              UNSECURED        NOT FILED              .00              .00
MARSHALL FIELDS              NOTICE ONLY      NOT FILED              .00              .00
MONITRONICS RESIDENTIAL      UNSECURED        NOT FILED              .00              .00
MONITRONICS RESIDENTIAL      NOTICE ONLY      NOT FILED              .00              .00
OAK LAWN MRI & IMAGING C     UNSECURED        NOT FILED              .00              .00
OAK LAWN MRI & IMAGING C     NOTICE ONLY      NOT FILED              .00              .00
PEOPLES GAS & LIGHT          UNSECURED        NOT FILED              .00              .00
PRONGER SMITH CLINIC         NOTICE ONLY      NOT FILED              .00              .00
QUIK PAYDAY                  UNSECURED        NOT FILED              .00              .00
RUSH UNIVERSITY              UNSECURED        NOT FILED              .00              .00
RUSH UNIVERSITY MEDICAL      NOTICE ONLY      NOT FILED              .00              .00
AT & T BANKRUPCTY            UNSECURED        NOT FILED              .00              .00
SBC CONSUMER BKCY            NOTICE ONLY      NOT FILED              .00              .00
SIR FINANCE                  UNSECURED             .00               .00              .00
SPRINT PCS                   UNSECURED        NOT FILED              .00              .00
ST FRANCIS                   UNSECURED        NOT FILED              .00              .00
ST FRANCIS HOSPITAL          NOTICE ONLY      NOT FILED              .00              .00
ST FRANCIS                   NOTICE ONLY      NOT FILED              .00              .00
STANDARD BANK & TRUST        UNSECURED        NOT FILED              .00              .00
STANDARD BANK & TRUST        UNSECURED        NOT FILED              .00              .00
TCF NATIONAL BANK            UNSECURED        NOT FILED              .00              .00
VYRIDIAN REVENUE MANAGEM     UNSECURED        NOT FILED              .00              .00
VYRIDIAN REVENUE MANAGEM     NOTICE ONLY      NOT FILED              .00              .00
WESTGATE RESORTS             UNSECURED        NOT FILED              .00              .00
PARAGON WAY INC              UNSECURED          445.00               .00              .00
AMERICASH LOANS LLC          UNSECURED         1206.64               .00              .00
ECAST SETTLEMENT CORP        UNSECURED          596.14               .00              .00
LIGHTHOUSE FINANCIAL GRO     UNSECURED             .14               .00              .00
GALWAY FINANCIAL SVC LLC     UNSECURED          680.00               .00              .00
JOSEPH WROBEL                DEBTOR ATTY      2,032.00                           2,032.00
TOM VAUGHN                   TRUSTEE                                               552.89
DEBTOR REFUND                REFUND                                                    .00
```

Summary of Receipts and Disbursements:

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 11016 JAMES F DEMOSS & JOY WILLIS DEMOSS

```
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 9,450.00

PRIORITY                                             .00
SECURED                                         6,758.44
     INTEREST                                     106.67
UNSECURED                                            .00
ADMINISTRATIVE                                  2,032.00
TRUSTEE COMPENSATION                              552.89
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                  9,450.00                9,450.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 11/28/07         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                        PAGE   3
          CASE NO. 06 B 11016 JAMES F DEMOSS & JOY WILLIS DEMOSS